UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EUGENE HATHON TAYLOR, IV**　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　**NO: 23-1548**

**CENTRAL INTELLIGENCE AGENCY, ET AL**　　**SECTION: D (4)**

## JUDGMENT

Plaintiff, proceeding *pro se*, filed a Complaint in this matter on May 9, 2023, naming Central Intelligence Agency, Andrew Semple, Jennifer Kolbe, Sam Houser and/or Rockstar Games Inc., as defendants. The record does not reflect whether any of the Defendants, Central Intelligence Agency, Andrew Semple, Jennifer Kolbe, Sam Houser and/or Rockstar Games Inc., have been served.

Accordingly, the Court issued an Order to Show Cause on August 7, 2023, ordering Plaintiff to file proof of service upon defendants, Central Intelligence Agency, Andrew Semple, Jennifer Kolbe, Sam Houser and Rockstar Games Inc., into the record by August 21, 2023, or show good cause, in writing by that same date, for lack of service.[1] That Order was sent to Plaintiff by U.S. Mail at the address listed on his Complaint. That Order advised that the matter may be dismissed for failure to comply with the Order.[2]

Noting that Plaintiff was proceeding *pro se*, this Court allowed for extra time to respond to the Court's Order. As of the date of this Order, the plaintiff has failed to respond in writing, or otherwise, to the Order to Show Cause or to file proof of service upon defendants, Central Intelligence Agency, Andrew Semple, Jennifer

---

[1] R. Doc. 6.
[2] *Id.*

Kolbe, Sam Houser and/or Rockstar Games Inc., into the record. Additionally, the Court notes that Plaintiff provided no address for any of the defendants, listing Defendants Jennifer Kolbe and Sam Houser as living in New York, defendant Andrew Semple as living in Edinburgh, Scotland, and not providing any information whatsoever for Central Intelligence Agency or Rockstar Games, Inc. Indeed, the summons requested for each named defendant simply included the defendant's name with no address at all.[3]

Accordingly,

**IT IS ORDERED** that this matter **is DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

New Orleans, Louisiana this  12th  day of September 2023.

*Wendy B Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[3] R. Docs. 1-2, 1-3, 1-4, 1-5, and 1-6 and R. Docs. 4-1, 4-2, 4-3, and 4-4.